United States District Court

District Of Massachusetts

FILED
IN CLERK'S OFFICE

2012 JUN 19 P 12: 50

Clara Bell Exum                                            Civil Action

V.                                                         No. 12cv11092

Stryker Orthropaedics

And

Thomas A. Einhorn, M D

Complaint

1. The Plaintiff Clara Bell Exum   360 Harvard Street   Dorchester, Ma. 02124 is a resident of Dorchester, Suffork County, Massachusetts and a citizen of the United States.  617-288-1390

2. The defendant Stryker Orthropaedics is a resident of 325 Corporate Drive  Mahwah, New Jersey 07430 U S A and is a Corporation.   201-831-5000

3. The defendant Thomas A. Einhorn, M D practices at the Doctors Office Building, Suite 805 720 Harrison Avenue Boston, Ma. 02118-2393 Tel. 617-638-5633 Fax  617-638-8678

Jurisdiction

4. This court has jurisdiction over this matter.

5. On November 3, 2009 Dr. Thomas A. Einhorn replaced my hip with Stryker parts. The surgery was not Successful.

6. I followed his instruction spicificly. I have suffered every since the operation.

7. I was in pain before the surgery but was able to walk without cains, walkers, and wheel chairs. Now I

   Need these props and my pain is more severe.

8. I am seeking a successful surgery and one million dollars.

9. Wherefore, the Plaintiff demands judgement against the defendants for damages and such other relief as this Court deems just.

Signature *Clara B. Exum*

Name   Clara Bell Exum

Address   360 Harvard St.

   Dorchester, Ma.  02124

Telephone#  617-288-1390