UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLARA BELL EXUM,
    Plaintiff,

v.

CIVIL ACTION NO.
12-11092-JLT

STRYKER ORTHOPAEDICS, ET AL.,
    Defendants.

## ORDER FOR DISMISSAL

TAURO, D.J.

In accordance with the Memorandum and Order (Docket No. 19) directing dismissal of this action for the reasons stated therein, it is hereby Ordered that the above-captioned matter is DISMISSED in its entirety.

By the Court,

/s/ Zita Lovett
Deputy Clerk

Dated: October 31, 2012